IN THE UNITED STATES DISTR0ICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CARL WHITNEY**                                                                          **PLAINTIFF**

**VS.**                       **CASE NO. 3:10CV00120 HDY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                              **DEFENDANT**

**ORDER**

The defendant's unopposed motion for additional time (docket entry no. 14) is granted, and the defendant is directed to submit his brief on or before December 20, 2010.

IT IS SO ORDERED this 19 day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE