IN THE UNITED STATES DISTR0ICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CARL WHITNEY                                                      PLAINTIFF

VS.                                    CASE NO. 3:10CV00120 HDY

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                          DEFENDANT

ORDER

On February 15, 2012, the Eighth Circuit Court of Appeals remanded this case, directing

the court to determine whether the plaintiff timely submitted a report from Dr. Ziolko to the

Appeals Council as required under 20 C.F.R. § 404.970(b).  We have directed the parties to

address the issue of the timeliness of the submission, and briefs have been filed.  Docket entries

nos. 29 & 30.  We find the report was timely submitted.  As a result, we remand this case to the

Appeals Council for further proceedings consistent with the opinion of the Eighth Circuit Court

of Appeals.

IT IS SO ORDERED this __10__ day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE